IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COUNTRYWIDE HOME LOANS,** | : | CIVIL ACTION NO. 1:07-CV-2145 |
| **Plaintiff** | : | |
| | : | (Judge Conner) |
| v. | : | |
| | : | |
| **VINCENT L. HINTON** and | : | |
| **LaSHAWN L. BRYAN,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 12th day of November, 2008, upon consideration of plaintiff's motion (Doc. 14) to adjourn sheriff's sale, which seeks to postpone the sheriff's sale of real property located at 4901 Sec 5 Pocono Farms East, Tobyhanna, Pennsylvania, 18466, and it appearing that the scheduled sheriff's sale has been postponed on two prior occasions due to plaintiff's inability to effect service of process on defendants, (see id.), it is hereby ORDERED that:

1. The motion (Doc. 14) to adjourn sheriff's sale is GRANTED. The sheriff's sale of the property located at 4901 Sec 5 Pocono Farms East, Tobyhanna, Pennsylvania, 18466 is postponed until January 29, 2009.

2. The provisions of Paragraph 3 of the order of court dated February 29, 2008 (Doc. 9), which sets forth the conditions governing the sale of the above-described property, remain in effect. Plaintiffs shall give notice, in accordance with 28 U.S.C. § 2002, once a week for four consecutive weeks prior to January 29, 2009. Notice shall be given in one newspaper regularly issued and of general circulation in the county and judicial district wherein the real estate is situated. Plaintiff may advertise a short description of the property rather than a complete legal description.

          S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge